OPINION — AG — A PRINTED NEWSPAPER ADVERTISING SUPPLEMENT, WHICH IS INCORPORATED INTO AND DISTRIBUTED WITH A NEWSPAPER, WHETHER PRINTED BY THAT NEWSPAPER OR BY AN INDEPENDENT PRINTING CONTRACTOR, IS AN INTEGRAL PART OF THE NEWSPAPER ADVERTISING SPACE AND THEREFORE EXEMPT FROM THE SALES TAX IMPOSED BY THE STATE OF OKLAHOMA UNDER THE STATUTORY EXEMPTION CONTAINED IN 68 O.S. 1975 Supp. 1305 [68-1305](N). (PAUL DUNCAN)